# United States District Court
## Violation Notice

**CVB Location Code:** M4B

**Violation Number:** FABB008A
**Officer Name:** Janik
**Officer No.:** 1525

FABB008A

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 03/26/2022 00:00
**Offense Charged:** FED 36 CFR 261.9B
**Place of Offense:** FISH CREEK
**Offense Description: Factual Basis for Charge:** REMOVAL OF GOVERNMENT PROPERTY
**HAZMAT:** ☐

### DEFENDANT INFORMATION

**Phone:**
**Last Name:** HALVORSEN
**First Name:** RACHAEL
**M.I.:** N

**Street Address:**
**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F
Race:  Hair:  Eyes:  Height:  Weight:

### VEHICLE

**VIN:**  **CMV:** ☐
**Tag No.:**  **State:**  **Year:**  **Make/Model:** /  **PASS:** ☐  **Color:**

A ☐  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 200.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 230.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FABB008A

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     03/26/2022     while exercising my duties as a law enforcement officer in the                 District of     MT

Pursuant to 16 USC 551: I Forest Service Law Enforcement Officer John JANIK state that on March 26, 2022, I responded to a complaint about a very messy campsite that had been on National Forest lands all winter at the junction of the Delmoe Lake road and Halfway Creek. A camp trailer and other items in the campsite were recognized as belonging to Rachael HALVORSEN and Gavin HARRISON. Numerous items of government property were found at the campsite including a large food storage sign, a road mile marker "Mile 8" and a gate closure device marked USFS. On March 27, the campsite was documented with photos. On March 31, 2022 the campsite was alarmed to notify JANIK of occupancy. On April 6, 2022 at 21:57 JANIK received a notice that there may be people at the campsite. JANIK requested assistance from the Jefferson County Sheriff's office. Deputy MERCER and MHP Trooper ARMSTRONG responded to the campsite with JANIK. Both HARRISON and HALVORSEN were found at the campsite. HARRISON and HALVERSON were both arrested on State of Montana Warrants. HALVORSEN and HARRISON were issued Notices of Violation for removal of government property, a violation of 36 CFR 261.9b.

The foregoing statement is based upon:

    MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     03/26/2022
               Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:                   
               Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident