## United States District Court
### Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | M4B |
| Violation Number | FABB0089 |
| Officer Name | Janik |
| Officer No. | 1525 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 03/26/2022 00:00 |
| Offense Charged | FED 36 CFR 261.58A |
| Place of Offense | FISH CREEK |
| Offense Description: Factual Basis for Charge | CAMP TOO LONG |
| HAZMAT | ☐ |

FABB0089

**DEFENDANT INFORMATION**

| Field | Value |
|---|---|
| Phone: | |
| Last Name | HALVORSEN |
| First Name | RACHAEL |
| M.I. | N |
| Street Address | |
| City | |
| State | |
| Zip Code | |
| Date of Birth (mm/dd/yyyy) | |
| Drivers License No. | |
| CDL | ☐ |
| D.L. State | |
| Social Security No. | |
| Adult ☐ Juvenile ☐ | |
| Sex | M ☐ F ☐ |
| Race | |
| Hair | |
| Eyes | |
| Height | |
| Weight | |

**VEHICLE**   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 100.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT $ 130.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

FABB0089

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 03/26/2022 while exercising my duties as a law enforcement officer in the _____ District of MT

Pursuant to 16 USC 551: I Forest Service Law Enforcement Officer John JANIK state that on March 26, 2022, I responded to a complaint about a very messy campsite that had been on National Forest lands all winter at the junction of the Delmoe Lake road and Halfway Creek. A camp trailer and other items in the campsite were recognized as belonging to Rachael HALVORSEN and Gavin HARRISON. Trash was blowing all around, sewage was being dumped onto the ground next to the stream. Drug paraphernalia was evident in plain sight. Food was left outside unsecured. It was very evident that the campsite had been there for a considerable period of time. On March 27, the campsite was documented with photos.. On March 31, 2022 the campsite was alarmed to notify JANIK of occupancy. On April 6, 2022 at 21:57 JANIK received a notice that there may be people at the campsite. JANIK requested assistance from the Jeferson County Sheriff's office. Deputy MERCER and MHP Trooper ARMSTRONG responded to the campsite with JANIK. Both HARRISON and HALVORSEN were found at the campsite. JANIK asked Harrison how long they had been camped at that location, and Harrison stated that they had moved their camp to this location in October of 2021 after leaving the Fish Creek Campsite. Harrison and Halvorsen were both arrested on State of Montana Warrants. HALVORSEN and HARRISON were issued Notices of Violation for Camping longer than 16 days as prohibited.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/26/2022
Date (mm/dd/yyyy)     Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident